ACCEPTED
04-15-00437-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/2/2015 5:02:41 PM
KEITH HOTTLE
CLERK

## NO: 04-15-00437-CV

In the Court of Appeals for the Fourth District of Texas

at San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/2/2015 5:02:41 PM
KEITH E. HOTTLE
Clerk

## LARRY A. VICK AND LINDA H. VICK,

### *Appellants*,

### vs.

## FLORESVILLE INDEPENDENT SCHOOL DISTRICT, CITY OF FLORESVILLE, WILSON COUNTY, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, RASHAY K. CHAPA, and WILSON COUNTY APPRAISAL DISTRICT

### *Appellees*

Appeal from the 218th Judicial District Court
of Wilson County, Texas, the Honorable Russell Wilson Presiding
Trial Court Cause No. 14-08-0504-CVW-A

## APPELLANTS' NOTICE OF APPEARANCE OF NEW COUNSEL AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

PLEASE TAKE NOTE that the undersigned Attorneys and Firm hereby appears as counsel for Appellants Larry A Vick and Linda H. Vick in the above entitled and numbered appeal.

Appellants have engaged the law firm Twomey | May, PLLC. George May of Twomey | May, PLLC is hereby designated as lead counsel for Appellants. The

undersigned, on behalf of Appellants, hereby requests that notices given or required to be served in this appeal be given and served upon:

George F. May
TBA No. 24037050
george@twomeymay.com
TWOMEY | MAY, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]

as counsel for Appellants.

Respectfully submitted,

TWOMEY MAY, PLLC

*/s/ George F. May/*

_____
George F. May
State Bar No. 24037050
george@twomeymay.com
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 - Telephone
(832) 201-8485 - Facsimile

Dated:  December 2, 2015

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing has been forwarded to all parties and counsel of record, pursuant to Rules 21 and 21a, Tex. R. Civ. P., on this 2nd day of December, 2015 to:

Nick Nicholas
Linebarger Groggan Blair
& Sampson, LLP,
4828 Loop Central Drive
Suite 600
Houston, TX 77081

*Via e-service and Via email:*
nick.nicholas@lgbs.com

Attorneys for Rashay K. Chapa, Wilson County, and Linebarger Goggan Blair & Sampson, LLP

Craig Wood
Elizabeth G. Neally
  Green & Trevenio, P.C.
100 N.E. Loop 410, Suite 900
San Antonio, TX 78216

*Via e-service and Via email:*
cwood@wabsa.com

Attorneys for Floresville Independent School District

Patrick C. Bernal
Elizabeth Guerrero-Southard
Denton Navarro Rocha
  Bernal Hyde & Zech
2517 N. Main Avenue
San Antonio, TX 78212

*Via e-service* and *Via email:*
*elizabeth.guerrero-southard@rampage-sa.com*

Attorneys for City of Floresville and Wilson County Appraisal District

*/s/ George F. May/*

_____
George F. May